BEFORE THE FIRST DIVISION, OCTOBER 21, 1940

No. 44594.—Protests 484640–G, etc., of Lou I. Lubin, Inc. (New York).

Opinion by Brown, J. It was stipulated that the merchandise is wool hat bodies similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protests were therefore sustained.